## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**WANDA JEAN ALLEN**
**ADC # 709088**                                                                                          **PLAINTIFFS**

**V.**                              **CASE NO. 1:10CV00057 SWW/BD**

**DONALD ANDERSON,** *et al.*                                                                **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety, with the only modification being that Defendant Pratt is dismissed with prejudice.

Plaintiff's claims against Defendants Correctional Medical Services, Griffith, Tiner, McGuiness, Poon, Stern, Efferdern, Kirk, and Harris Hospital are DISMISSED without prejudice. Plaintiff's claims against Defendants Anderson, Pratt, and Hergenrader are DISMISSED with prejudice.

IT IS SO ORDERED, this 14th day of September 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE